NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Andre E. Jardini, Esq.
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
Email: aej@kpclegal.com
Telephone: (818) 547-5000

ATTORNEY(S) FOR: Defendants Tapo Rock Sand and Tapo Rock and Sand, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SALNICK,<br><br>Plaintiff(s),<br>v.<br><br>TAPO ROCK SAND and TAPO ROCK AND SAND, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:16-cv-08165-RGK-AFM<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Matt Salnick | Plaintiff |
| Tapo Rock Sand | Defendant |
| Tapo Rock and Sand, Inc. | Defendant |

December 28, 2017          /s/ Andre E. Jardini
Date                        Signature
                            Andre E. Jardini

                            Attorney of record for (or name of party appearing in pro per):

                            Defendants, Tapo Rock Sand and Tapo Rock and Sand, Inc.

CV-30 (05/13)                      NOTICE OF INTERESTED PARTIES

